UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ESTATE OF WILLIAM D. PILGRIM, *et. al.*, individually and on behalf of others similarly situated, *Plaintiff*, v. GENERAL MOTORS LLC, *Defendants*. | Civil Action No. 2:20-CV-10562-TGB-DRG Hon. Terrence G. Berg United States District Judge Hon. David R. Grand United States Magistrate Judge |

## STIPULATION RE DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE

Plaintiff and Defendant ("the Parties") stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint on March 3, 2020 (ECF No. 1);

WHEREAS, the Parties reached an agreement in principle to settle the Plaintiffs' individual claims on February 7, 2024;

WHEREAS, the Parties fully executed their Confidential Settlement Agreement and General Release on August 16, 2024;

It is STIPULATED AND AGREED TO BY THE PARTIES ON THIS 19th DAY OF August, 2024 that the entire action should be dismissed with prejudice.

| | |
|---|---|
| KNAPP, PETERSEN & CLARKE<br>*Attorneys for Plaintiffs*<br><br>By: */s/ Michael D. Carr (w/ consent)*<br>Andre E. Jardini, Cal. Bar No. 71335<br>aej@kpclegal.com<br>Michael D. Carr, Cal. Bar No. 322261<br>mdc@kpclegal.com<br>550 North Brand Blvd., Suite 1500<br>Glendale, California 91203-1922<br>(818) 547-5000<br><br>MANTESE HONIGMAN, P.C.<br>*Attorneys for Plaintiffs*<br><br>By: */s/ Kenneth R. Chadwell*<br>David M. Honigman (P33416)<br>dhonigman@manteselaw.com<br>Kenneth R. Chadwell (P39121)<br>kchadwell@manteselaw.com<br>1361 E. Big Beaver Rd.<br>Troy, MI 48083<br>(248) 457-9200<br>Fax: (248) 457-9200 | MORGAN LEWIS & BOCKIUS LLP<br>*Counsel for General Motors LLC*<br><br>By:  */s/ April N. Ross (w/ consent)*<br>April N. Ross<br>april.ross@morganlewis.com<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 739-3000<br>Fax: (202) 739-3001<br><br>DYKEMA GOSSETT PLLC<br>*Counsel for General Motors LLC*<br><br>By: */s/ Krista Lenart (w/ consent)*<br>Krista L. Lenart.<br>klenart@dykema.com<br>2723 South State Street<br>Suite 400<br>Ann Arbor, MI 48104<br>Telephone: (734) 214-7660<br>Fax: (855) 270-4597 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ESTATE OF WILLIAM D. PILGRIM, *et. al.*, <br><br> individually and on behalf of others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> *Defendants*. | Civil Action No. 2:20-CV-10562-TGB-DRG <br><br><br> Hon. Terrence G. Berg <br> United States District Judge <br><br><br> Hon. David R. Grand <br> United States Magistrate Judge |

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice.

IT IS SO ORDERED.


Dated: August 14, 2024

s/Terrence G. Berg
Hon. Terrence G. Berg
United States District Judge